# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                      Case No. 05-CR-11

**DEMETRIUS D. THOMPSON,**

    Defendant.

## DECISION AND ORDER

Defendant, Demetrius Thompson (Thompson) requests an early discharge from supervised release. Because Thompson has served 60 months of his 120 months of supervised release in a crime-free, pro-social manner and has abided by all the conditions of supervised release for that period of time, the Court grants Thompson's request.

**IT IS HEREBY ORDERED THAT:**

Thompson's motion for early termination of supervised release (ECF No. 230) is **GRANTED.** Thompson is released from further supervision.

Dated at Milwaukee, Wisconsin, this 29th day of April, 2015.

                                    **BY THE COURT:**

                                    _____
                                    **HON. RUDOLPH T. RANDA**
                                    **U.S. District Judge**